UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00114-2D

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **MOTION TO CHANGE PLEA** |
| v. | ) | **AND WAIVE PRESENTENCE** |
| | ) | **INVESTIGATION** |
| **ERIC STEPHENSON,** | ) | |
|         **Defendant.** | ) | |

Mr. Eric Stephenson, through undersigned counsel, hereby moves this Honorable Court to allow the Defendant to change his plea to guilty pursuant to a plea agreement with the Government whereby the Defendant will plead guilty to a Criminal Information and the pending indictment will be dismissed. Mr. Stephenson hereby waives the presentence investigation and associated report by U.S. Probation and requests that the Court sentence the Defendant immediately following arraignment. Mr. Stephenson will be prepared to make a presentation to the Court relevant to the sentencing factors listed in 18 U.S.C. § 3553(a).

Respectfully submitted this the 11th day of February, 2021.

        HILTZHEIMER LAW OFFICE, PLLC

        /s/ Benjamin Hiltzheimer
        Benjamin Hiltzheimer
        Counsel for the Defendant
        NC Bar #43587
        331 W. Main St., Suite 604
        Durham, NC 27701
        Office: (919) 899-9404
        Fax: (919) 899-9405
        E-Mail: bh@hiltzheimer.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Robert Dodson
Assistant U.S. Attorney
Office of the United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Phone: 919-856-4489
Email: Robert.Dodson@usdoj.gov

by electronically filing the foregoing with the Clerk of Court using the CM/ECF

system which will send notification of such filing to the above.

Respectfully submitted this the 11th day of February, 2021.

HILTZHEIMER LAW OFFICE, PLLC

/s/ Benjamin Hiltzheimer
Benjamin Hiltzheimer
Counsel for the Defendant
NC Bar #43587
331 W. Main St., Suite 604
Durham, NC 27701
Office: (919) 899-9404
Fax: (919) 899-9405
E-Mail: bh@hiltzheimer.com