IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-114-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| ERIC STEPHENSON ) | |

The United States charges that:

On or about July 26, 2019, in the Eastern District of North Carolina, the defendant, ERIC STEPHENSON, a correctional officer at the Federal Medical Center in Butner, North Carolina, did knowingly make or deliver as true, a certificate containing a statement which he knew to be false, to wit: the defendant signed a round sheet affirming that a round had been completed, when in fact, the defendant had not conducted said round, in violation of Title 18, United States Code, Section 1018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division

Date: 2/17/2021