UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00114-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DEFENDANT'S |
| | ) | SENTENCING MEMORANDUM |
| ERIC STEPHENSON, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant Eric Scott Stephenson, by and through undersigned counsel, and hereby offers this memorandum with respect to sentencing in this matter.

## MEMORANDUM

The Defendant in this matter, Mr. Eric Scott Stephenson, is 38 years old and has no prior criminal history of any kind. Mr. Stephenson is a loving husband, a proud father of two daughters, and a graduate of North Carolina State University. Mr. Stephenson is before the Court to accept responsibility for his conduct in connection with his employment at the Federal Correctional Institution in Butner, North Carolina, and to ask this Court for a probationary sentence, which we submit would be "sufficient, but not greater than necessary" to comply with the goals of sentencing set forth in 18 U.S.C. § 3553(a)(2), in light of the facts and circumstances of the offense and the history and characteristics of Mr. Stephenson.

Mr. Stephenson is a native of Coats, North Carolina, an Eagle Scout, and a graduate of North Carolina State University with a Bachelor's Degree in Economics. Mr. Stephenson eventually married his high school sweetheart (to whom he is still married today) and worked through college to support her and their first daughter; they have since had a

1

second daughter together. One is in college and other is currently in seventh grade. Aside from two periods of unemployment, Mr. Stephenson has worked full time since graduating from college in 2005. His wife, Jamie, has a long-standing medical condition that has caused her to be unable to work, so he has been committed to earning enough to take care of his family throughout his career. Mr. Stephenson also cares for his mother, who has suffered two strokes in recent years and requires frequent care. He is also actively involved in raising his two daughters.

Mr. Stephenson began working at Central Prison in February of 2011, and took every available shift, including significant overtime, to support his family. When overtime was unavailable, he took a part-time position with Old Dominion Security to make ends meet. He would frequently work for weeks on end without a single day off, due to his commitment to providing for his young family. In 2015, he accepted a new position at the federal prison at Butner, where he continued to work long hours. On many occasions, he would stay at a local hotel in Butner in order to be closer to work, so he could work overtime shifts to provide for his family. Whenever it was available, he would pick up a night shift that his colleagues typically did not want to work. Until he was disciplined for the conduct that is the subject of this proceeding, which he deeply regrets, he received universally high ratings on his performance reviews. He had never previously received any disciplinary actions at work and was proud of his record.

Mr. Stephenson was suspended from his position at the federal prison in March of 2020, just before the indictment was filed in this matter. He immediately began a new job search, still focused on taking care of his family, despite the serious consequences he was now facing personally. Mr. Stephenson was grateful to be offered an opportunity to begin a

2

new position at Caterpillar in Clayton in November of 2020, and has been working full time there since that time. He has also been attending a truck driver training program at Johnston Community College on weekends, to further expand his employment potential.

Eric Stephenson is a caring family man who recognizes the seriousness of his conduct in this case and is remorseful for his actions, and is ashamed of the choices he made to place him in this position. He is before this Court seeking a second chance, and a probationary sentence, consistent with the guidelines, that will allow him to remain in the community and continue providing for a family that relies on his love and support.

## **CONCLUSION**

For all of the reasons articulated above, and the need to achieve specific and general deterrence without excessive punishment, Mr. Stephenson respectfully requests this Court to impose a probationary sentence in this matter and allow him to remain in the community.

Respectfully submitted this the 17th day of February, 2021.

> HILTZHEIMER LAW OFFICE, PLLC
>
> /s/ Benjamin Hiltzheimer
> Benjamin Hiltzheimer
> Counsel for the Defendant
> NC Bar #43587
> 331 W. Main St., Suite 604
> Durham, NC  27701
> Office: (919) 899-9404
> Fax: (919) 899-9405
> E-Mail: bh@hiltzheimer.com

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Robert Dodson
Assistant U.S. Attorney
Office of the United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Phone: 919-856-4489
Email: Robert.Dodson@usdoj.gov

by electronically filing the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this the 17th day of February, 2021.

HILTZHEIMER LAW OFFICE, PLLC

/s/ Benjamin Hiltzheimer
Benjamin Hiltzheimer
Counsel for the Defendant
NC Bar #43587
331 W. Main St., Suite 604
Durham, NC 27701
Office: (919) 899-9404
Fax: (919) 899-9405
E-Mail: bh@hiltzheimer.com